United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

ACUMEN CONSTRUCTION MANAGEMENT, INC.,

Defendant.

Case No. 25-cv-06728-HSG

ORDER ADOPTING REPORT AND RECOMMENDATION AND TERMINATING MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE

Re: Dkt. Nos. 32, 35

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Granting in Part and Denying in Part Motion for Default Judgment, Dkt. No. 32 ("Report"), as well as Plaintiffs' Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, Dkt. No. 35.  Defendant did not object or respond.

Plaintiffs argue that the Report contains "an apparent arithmetic error in the total recommended judgment."  Dkt. No. 35 at 2.  The Court agrees.  The Report recommends awarding the following: Contributions ($49,126.61), Interest (Unpaid Contributions) ($10,877.23), Interest (Late-Paid Contributions) ($655.74), Double Interest ($10,877.23), Attorney's Fees ($16,115.00), and Costs ($1,154.65).  *See* Report at 14.  Those amounts sum to $88,806.46, not $41,855.20, as the Report states.

Besides this arithmetic mistake, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every other respect.  Accordingly,

 **IT IS HEREBY ORDERED** that the Motion for Default Judgment is **GRANTED IN PART** and **DENIED IN PART**.  The Clerk shall enter judgment in accordance with the Report,

except that the total judgment shall be $88,806.46.  This order **TERMINATES** Dkt. No. 35.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:   6/4/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2